UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20019-CR-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS DANIEL CANARIO VILOMAR,

      Defendant.

_____/

## SENTENCING MEMORANDUM

Comes now, the Defendant, Carlos Daniel Canario Vilomar, by and through undersigned counsel and pursuant to 18 United States Code, Section 3553(a)[1] moves for a downward variance of 24 months and states the following in support:

Carlos Daniel Canario Vilomar is 23 year old Dominican man who was living in extreme poverty when he was recruited by a drug trafficking organization (DTO) to assist in smuggling drugs on the high seas.  Mr. Canario-Vilomar was raised in "very poor" neighborhood in the Domican Republic (D.R).  PSI at paragraph 43.  Mr. Canario-

---

[1] This memorandum focuses on the defendant's personal characteristics and history and the nature and circumstances of the crime.  18 United States Code, Section 3553(a).

Vilomar disclosed that he "frequently went to bed hungry" as his father's income was dependent on fishing and oftentimes his father came home "empty handed." *Id.* Mr. Canario-Vilomar also disclosed that he dropped out of school at age 12 in order to help support his family. *Id.*

Prior to his arrest, Mr. Canario-Vilomar resided with his wife and two children (ages one and six) in a one bedroom, one bathroom house located in Ojeda, D.R. that he rents for $52/month. PSI at paragraph 44.

From the age of twelve until his arrest, Mr. Canario-Vilomar worked as a farmer where he earned approximately $7 to $9 per day. PSI at paragraph 56.

Clearly, Mr. Canario-Vilomar has been living in poverty[2] and was extremely vulnerable to the DTO who recruited him and his family members to become involved in smuggling drugs on the high seas. At the time that he was recruited, Mr. Canario-Vilomar describes not having enough money for basic needs such as food to feed his family.

---

[2] Two of the most frequent ways of defining poverty are **absolute and relative**. Absolute poverty means that you do not have enough money for basic needs, like food and housing. Relative poverty compares your circumstances to other people. www.one.org.>blog>extreme –poverty-definition. (last visited May 26, 2022).

The DTO's exploitation and manipulation of Mr. Canario-Vilomar because of his poverty is something that the court should consider in fashioning an appropriate sentence in this case. Mr. Canario-Vilomar's circumstances of living in extreme poverty and struggling to survive are the main factors behind his decision to become involved in this smuggling venture.

Other factors that the court should consider are Mr. Canario-Vilomar's relative young age and his lack of a criminal history.

Accordingly, based on the above-stated reasons, the defense urges the court to grant this motion for a 24-month downward variance from the low-end of the recommended guideline sentencing range.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ *Daniel L. Ecarius*
    Daniel L. Ecarius
    Assistant Federal Public Defender
    Florida Bar No. 719765
    150 W. Flagler Street, Suite 1700
    Miami, FL 33l30-1556
    Telephone: (305) 530-7000
    E-mail: daniel_ecarius@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s *Daniel L. Ecarius*

Daniel L. Ecarius