**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20019-CR-BLOOM**

UNITED STATES OF AMERICA,

v.

JESUS ANDRES CALLE-BALBIN,

    *Defendant.*

_____/

**SENTENCING MEMORANDUM ON BEHALF OF MR. CALLE-BALBIN**

Jesus Andres Calle-Balbin, through undersigned counsel, respectfully submits this brief sentencing memorandum in connection with his sentencing on July 17, 2022.  There is no dispute that Mr. Calle-Balbin meets the safety valve criteria set forth in 18 U.S.C. § 3553(f)(1)-(5) and is eligible for a reasonable sentence without regard to any statutorily required minimum sentence.

Mr. Calle-Balbin is a supportive father of five children.  He has no reported criminal history.  Mr. Calle-Balbin agrees with the calculation of the advisory Sentencing Guidelines as presented in the Presentence Investigation Report.  However, he respectfully asks the Court to vary downward from the Guidelines in accordance with 18 U.S.C. § 3553(a), and asks for a sentence of **100** months' imprisonment.

The sentence Mr. Calle-Balbin requests is reasonable and strongly supported by comparison to sentences imposed for similar cases.  For easy reference, this memorandum relies on the supplemental authority filed by co-defendant Carlos Daniel Canario Vilomar, (DE 80), that provided 49 analogous cases where the sentences ranged from 52 months to 120 months' imprisonment.  Additionally, undersigned relies on the sentences imposed by this Court of 120

months and 110 months' imprisonment respectively for Mr. Calle-Balbin's co-defendants. *See* DE 86, 87.

Mr. Calle-Balbin asks for a slightly lower sentence then his co-defendants in this matter. The basis for this request is that immediately after his arrest, Mr. Calle-Balbin fully accepted responsibility for his actions in this case, and he continues to cooperate with the Government. Also, he has never made up a story or any falsehood to the Government related to his conduct in this case. These facts should be weighed in Mr. Calle-Balbin's favor. After *United States v. Booker*, 543 U.S. 220 (2005), and in accordance with the factors discussed in 18 U.S.C. § 3553(a), courts may grant additional consideration to defendants who demonstrate acceptance of responsibility "because such conduct bears directly on their character, 3553(a)(1), and on how severe a sentence is necessary to provide deterrence and punishment, 3553(a)(2)." *United States v.* Severino, 454 F.3d 206, 211 (3d Cir. 2006).

Therefore, Mr. Calle-Balbin respectfully request that the Court consider his request and impose a sentence of 100 months' imprisonment. He also requests that the Court recommend to the Bureau of Prisons that he be placed in a facility closest to South Florida.

Respectfully submitted,

**MARCUS NEIMAN**
**RASHBAUM & PINEIRO LLP**
2 S. Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s Daniel Lawrence Rashbaum*

Daniel Lawrence Rashbaum, Esq.
Florida Bar No. 75084
drashbaum@mnrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on June 15, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Daniel Lawrence Rashbaum*
Daniel Lawrence Rashbaum
