# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-20019-CR-BLOOM

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**CARLOS DANIEL CANARIO VILOMAR,**

       **Defendant.**
_____/

## NOTICE OF APPEAL

Notice is hereby given that Carlos Canario Vilomar, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment and sentence entered in this action on the 10th day of June 2022.

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: s/ *Daniel L. Ecarius*
    Daniel L. Ecarius
    Assistant Federal Public Defender
    Florida Bar No. 719765
    150 W. Flagler Street, Suite 1700
    Miami, FL 33l30-1556
    Telephone: (305) 530-7000
    E-mail: daniel_ecarius@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on June 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        /s *Daniel L. Ecarius*
                                                        Daniel L. Ecarius