IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA



CARLOS DANIEL CANARIO-VILOMAR
Petitioner

v.                                              CASE # 1:22-CR-20019-BB

UNITED STATES OF AMERICA
Palintiff
_____/

MOTION FOR APPOINTMENT OF COUNSEL

    Comes now respectfully, Carlos Daniel Canario-Vilomar BOP # 02645-506, incarcerated at FCI Miami Low, asking this Honorable Court to appoint a counsel to explore the possibilities under amendment 821.

DATE 01. 09. 2024

RESPECTFULLY SUBMITTED

*Carlos D. Canario V.*
Carlos Daniel Canario-Vilomar
# 02645-506
FCI MIAMI
PO BOX 779800
Maimi, Florida 33177